UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-232(DSD)

United States of America,

       Plaintiff,

v.                              **ORDER**

Tavon Tarrell Timberlake,

       Defendant.

This matter is before the court upon the government's letter requesting permission to file a motion for reconsideration of the court's dismissal of the indictment in this case.

Motions for reconsideration serve the limited purpose of "correct[ing] manifest errors of law or fact or ... present[ing] newly discovered evidence."[1] Hagerman v. Yukon Energy Corp., 839 F.2d 407, 414 (8th Cir. 1988) (quotation and citation omitted). The government does not present any evidence or argument sufficient to meet this standard. As a result, the request must be denied. In addition, the court will order that the government's "Proposed Motion and Exhibits" be stricken as unpermitted by Local Rule 7.1(j).

---

[1] The district's local rules do not provide for reconsideration in criminal matters. As it has done previously, however, the court will assess the government's request under the applicable civil standard.

Accordingly, **IT IS HEREBY ORDERED** that:

1.    The letter request [ECF No. 33] is denied;

2.    Docket number 33-1 is stricken from the record.

Dated: April 7, 2026

s/*Paul A. Magnuson* for
David S. Doty, Judge
United States District Court